United States District Court
Southern District of Texas

**ENTERED**

September 01, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| VICTOR PADILLA ESTALA, "Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00800 |
| MARKWAYNE MULLIN, *et al.*, *in their official capacities,* "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), the "Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("R&R"), and "Petitioner's Objections to the Magistrate Judge's Report and Recommendation" (Dkt. No. 5) ("Objections").

The R&R recommends that the Court: (1) deny the Petition and (2) direct the Clerk of Court to close the case. Dkt. No. 4 at 1.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 5) and **ADOPTS** the R&R (Dkt. No. 4).

Accordingly, the Petition (Dkt. No. 1) is hereby **DENIED** and the Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this September 1, 2026

Rolando Olvera
United States District Judge